UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

APHREY BENJAMIN COLLIS,
    Plaintiff,

vs.                                         Case No.:  3:19cv4923/MCR/EMT

MICHAEL A. FLOWERS, et al.,
    Defendants.
_____/

# **REPORT AND RECOMMENDATION**

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  On April 8, 2020, the court entered an order directing Plaintiff to file an amended civil rights complaint within thirty days (ECF No. 11). The court notified Plaintiff that his failure to comply with an order of the court would result in a recommendation of dismissal of this case (*see id.* at 6).

Plaintiff did not file an amended complaint by the deadline; therefore, on May 29, 2020, the court issued an order directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 13).  The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.[1]

---

[1] The clerk of court mailed copies of the court's orders to Plaintiff's record address (the Okaloosa County Jail) and the release address indicated on the Jail's public website.  The Jail returned the show cause order with an indication that Plaintiff was not in custody (*see* ECF Nos. 13, 14).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 15<u>th</u> day of July 2020.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:19cv4923/MCR/EMT